UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

2005 SEP 14 P 3: 37

BARRY BROOKS,  )
   Plaintiff  )
)  Civil Action
V.  )
)  No. _____
WOODS HOLE, MARTHA'S  )
VINEYARD AND NANTUCKET  )
STEAMSHIP AUTHORITY,  )
   Defendant  )  **05-11861 RGS**
)

### SEAMAN'S DECLARATION

The Plaintiff, BARRY BROOKS, in the above entitled action was a seaman and claims the benefits of the United States Code, Title 28, Section 1916, which provides that:

"In all courts of the United States, seamen may institute and prosecute suits and appeals in their own names and for their own benefit for wages or salvage or the enforcement of laws enacted for their health or safety without prepaying fees or costs or furnishing security therefor"

Pursuant to 28 USC 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on 14th day of September, 2005.

_____
David F. Anderson
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000