```
             UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

**BARRY BROOKS,**                           **CIVIL ACTION**
    **Plaintiff,**                       **NO: 05-11861-RGS**

vs.

**WOODS HOLE, MARTHA'S VINEYARD**
**AND NANTUCKET STEAMSHIP**
**AUTHORITY,**
    **Defendant.**

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE ABOVE NAMED COURT:**

Please enter our appearance on behalf of the defendant, Woods Hole, Martha's Vineyard & Nantucket Steamship Authority, in the above entitled action.

                                                            **CLINTON & MUZYKA, P.C.**

                                                         "/s/ Thomas J. Muzyka"
                                                         Thomas J. Muzyka
                                                         BBO NO: 365540
                                                         One Washington Mall
                                                          Suite 1400
                                                          Boston, MA 02108
                                                          (617) 723-9165

Dated: October 11, 2005