UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BARRY BROOKS,  
    Plaintiff,

CIVIL ACTION
NO: 05-11861-RGS

vs.

WOODS HOLE, MARTHA'S VINEYARD
AND NANTUCKET STEAMSHIP
AUTHORITY,
    Defendant.

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE ABOVE NAMED COURT:**

Please enter our appearance on behalf of the defendant, Woods Hole, Martha's Vineyard & Nantucket Steamship Authority, in the above entitled action.

                **CLINTON & MUZYKA, P.C.**

                "/s/Kenneth M.Chiarello"
                Kenneth M. Chiarello
                BBO NO: 639274
                One Washington Mall
                Suite 1400
                Boston, MA 02108
                (617) 723-9165

Dated: October 11, 2005