**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

RE:   Civil / Criminal No.   CA 05-11861-RGS

Title:   Barry Brooks v. Woods Hole

**N O T I C E**

Please take notice that the above-entitled case previously assigned to Judge STEARNS has been transferred to Chief Judge WOLF for all further proceedings. From this date forward the case number on all pleadings should be followed by the initials MLW.

Thank you for your cooperation in this matter.

SARAH A. THORNTON
CLERK OF COURT

By: _[signature]_
Mary H. Johnson, Deputy Clerk

Date:   3/16/2006

_____   Please NOTE that the above case has been transferred to the Western Division in Springfield. All future filings should be made at the Clerk's Office, Federal Building & Courthouse, 1550 Main Street, Springfield, MA 01103.

_____   Please NOTE that the above case has been transferred to the Central Division in Worcester. All future filings should be made at the Clerk's Office, U.S. District Court, Room 502, 595 Main Street, Worcester, MA 01608-2076.

Copies to:   Counsel

(Notice of Transfer.wpd - 3/7/2005)