UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARRY BROOKS,<br>    Plaintiff<br><br>V.<br><br>WOODS HOLE, MARTHA'S<br>VINEYARD AND NANTUCKET<br>STEAMSHIP AUTHORITY,<br>    Defendant | Civil Action<br><br>No. 05-11861-MLW |
| MARK LALIBERTE,<br>    Plaintiff<br><br>V.<br><br>WOODS HOLE, MARTHA'S<br>VINEYARD AND NANTUCKET<br>STEAMSHIP AUTHORITY,<br>    Defendant | Civil Action<br><br>No. 05-11224-MLW |

## PLAINTIFF'S ASSENTED TO MOTION TO COMPLETE PREVIOUSLY CONTINUED DEPOSITIONS

Now comes the Plaintiff in the above captioned matter and respectfully requests that this Honorable Court allow the Plaintiff to complete depositions which were noticed and scheduled prior to the discovery deadline but which were continued by the Defendant.

During the course of discovery the Plaintiff noticed and scheduled a number of depositions in this case some of which were completed and some of which were continued by the Defendant. Plaintiff requests leave of Court to complete these depositions. At present all of the

subject depositions are scheduled to be completed by August 3, 2007.

      Defendant assents to the relief requested herein.

      WHEREFORE, the Plaintiff respectfully requests that this Honorable Court allow the Plaintiff to complete depositions which were noticed and scheduled prior to the discovery deadline but which were continued by the Defendant.

      Respectfully submitted,
For the Plaintiffs, Barry Brooks
and Mark LaLiberte,
By their attorneys,

/s/ David F. Anderson
David F. Anderson
BBO #560994
Carolyn M. Latti
BBO #567394
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000

Dated:

### CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

/s/ David F. Anderson
David F. Anderson