UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
MARK LALIBERTE,                )
     Plaintiff                 )
                               )
v.                             )    Civil Action
                               )    No. 05-11224-MLW
WOODS HOLE, MARTHA'S           )
VINEYARD AND NANTUCKET         )
STEAMSHIP AUTHORITY,           )
     Defendant                 )
_____)
                               )
BARRY BROOKS,                  )
     Plaintiff                 )
                               )    Civil Action
v.                             )    No. 05-11861-MLW
                               )
WOODS HOLE, MARTHA'S           )
VINEYARD AND NANTUCKET         )
STEAMSHIP AUTHORITY,           )
     Defendant                 )
_____)
```

## STATUS REPORT ON SETTLEMENT

Now come the parties, in the above-entitled action, by and through their undersigned attorneys, and respectfully report that despite their efforts they have been unable to settle the claims asserted by the plaintiffs herein.

Respectfully submitted,

**FOR THE PLAINTIFFS**     **FOR THE DEFENDANT**


"/s/ David F. Anderson"     "/s/ Thomas J. Muzyka"
David F. Anderson           Thomas J. Muzyka
BBO NO: 560994              BBO NO: 365540
LATTI & ANDERSON, LLP       Kenneth M. Chiarello
30-31 Union Wharf           BBO NO: 639274
Boston, MA  02109           CLINTON & MUZYKA, P.C.
(617) 723-9165              One Washington Mall
                            Suite 1400
                            Boston, MA  02108
                            (617) 723-0165


Dated: July 27, 2007