UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARRY BROOKS,  )<br>　　Plaintiff　　　　　　) <br> 　　　　　　　　　　　　) <br> V.　　　　　　　　　　　) <br> 　　　　　　　　　　　　) <br> WOODS HOLE, MARTHA'S　) <br> VINEYARD AND NANTUCKET ) <br> STEAMSHIP AUTHORITY,　) <br> 　　Defendant　　　　　 ) | Civil Action<br><br>No. 05-11861-MLW |

**NOTICE OF APPEARANCE**

**TO THE CLERK OF THE ABOVE NAMED COURT**:

　　Please enter my appearance on behalf of the plaintiff, Barry Brooks, in the above-entitled action.

　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　Barry Brooks, Plaintiff,
　　　　　　　　　　　　　　　　　　By his attorneys,


　　　　　　　　　　　　　　　　　　/s/ Carolyn M. Latti
　　　　　　　　　　　　　　　　　　CAROLYN M. LATTI, BBO 567394
　　　　　　　　　　　　　　　　　　LATTI & ANDERSON LLP
　　　　　　　　　　　　　　　　　　30-31 UNION WHARF
　　　　　　　　　　　　　　　　　　BOSTON, MA 02109
　　　　　　　　　　　　　　　　　　(617) 523-1000

DATED:  August 7, 2007

CERTIFICATE OF SERVICE

  I hereby certify that on August 7, 2007, I electronically filed Notice of Appearance with the Clerk of the Court using CM/ECF system which will send notification of such filing(s) to the following:

    Thomas J. Muzyka,
    Kenneth M. Chiarello
    Clinton & Muzyka, P.C.
    One Washington Mall, Suite 1400
    Boston, MA 02108


    Respectfully submitted for
    the Plaintiff,


    <u>/s/Carolyn M. Latti</u>
    Carolyn M. Latti
    Latti & Anderson LLP
    30-31 Union Wharf
    Boston, MA 02109
    617-523-1000