UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARRY BROOKS,            )<br>    Plaintiff            )<br>                          )<br>V.                        )<br>                          )<br>WOODS HOLE, MARTHA'S      )<br>VINEYARD AND NANTUCKET    )<br>STEAMSHIP AUTHORITY,      )<br>    Defendant           )  | Civil Action<br><br>No. 05-11861-MLW |
| MARK LALIBERTE,          )<br>    Plaintiff            )<br>                          )<br>V.                        )<br>                          )<br>WOODS HOLE, MARTHA'S      )<br>VINEYARD AND NANTUCKET    )<br>STEAMSHIP AUTHORITY,      )<br>    Defendant           )  | Civil Action<br><br>No. 05-11224-MLW |

### STATUS REPORT REGARDING SETTLEMENT

Now comes the Plaintiff's in the above captioned matter and reports to the Court regarding the settlement status of the above civil actions.

Neither the Brooks nor the LaLiberte cases have settled. Settlement discussions continued through Friday night and during the weekend on Saturday. However it appears the parties have reached an impasse in both cases. None the less, it is anticipated that counsel for both parties will continue talking.

        Respectfully submitted,
        Barry Brooks, Plaintiff,
        Mark LaLiberte, Plaintiff
        By their attorneys,


        _/s/ David F. Anderson_
        David F. Anderson
        BBO #560994
        Carolyn M. Latti
        BBO #567394
        Latti & Anderson LLP
        30-31 Union Wharf
        Boston, MA 02109
        (617) 523-1000


Dated: 08-20-07

## CERTIFICATE OF SERVICE

    I hereby certify that on this date, I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

        /s/ David F. Anderson
        David F. Anderson