```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS
```

BARRY BROOKS,                          CIVIL ACTION
    Plaintiff,                     NO. 05-11861-MLW

VS.

WOODS HOLE, MARTHA'S VINEYARD
AND NANTUCKET STEAMSHIP
AUTHORITY,
    Defendant.

### DEFENDANT'S PROPOSED VERDICT FORM

1. (A) Was the defendant, Woods Hole, Martha's Vineyard And Nantucket Steamship Authority, negligent?

    Yes \_\_\_\_\_X_____     No _____

    (B) If so, was that negligence a cause of the injury Barry Brooks?

    Yes \_\_\_\_\_X_____     No _____

    Go to Question 2.

2. (A) Was the defendant's vessel unseaworthy?

    Yes \_\_\_\_\_X_____     No _____

    (B) If so, was the unseaworthiness of the vessel a proximate cause of the injury to Barry Brooks?

    Yes \_\_\_\_\_x_____     No _____

2

3. (A) Was Barry Brooks negligent?

   Yes _____   No _____

   (B) Was Barry Brooks's negligence a cause of his injury?

   Yes _____   No _____

**IF YOU HAVE ANSWERED QUESTION 3(A) AND 3(B) "YES", ANSWER QUESTIONS 4, 5, AND 6.**

**IF YOU HAVE ANSWERED EITHER QUESTION 3(A) OR 3(B) "NO", SKIP TO QUESTION 5, AND THEN 6.**

4. State in percentage terms the percentage of the total negligence (100%) you find Barry Brooks and Mark Laliberte responsible for and what percentage of the total negligence and/or unseaworthiness (100%) you find the defendant responsible for:

   Barry Brooks's negligence    _____%

   Mark Laliberte's negligence    _____%

   Defendant's negligence
   and/or unseaworthiness    _____%

   Total:    100    %

5. (A) Were the U.S. Coast Guard regulations violated?

   Yes _____   No _____

   (B) Was the violation a cause of the injury or death?

   Yes _____   No _____

6. (A) Did the plaintiff sustain damage as a result of the defendant's negligence and/or unseaworthiness of its vessel?

   Yes _____   No _____

3

**IF YOU ANSWERED QUESTION 6(A) "NO", STOP.  OTHERWISE, ANSWER THE REMAINING QUESTIONS.**

**IN ANSWERING QUESTION 6, DO NOT REDUCE YOUR FINDING BECAUSE OF ANY PERCENTAGE OF NEGLIGENCE FOR WHICH YOU MAY HAVE FOUND PLAINIFFS PAUL W. MARTIN AND STEVEN M. REEVES RESPONSIBLE IN ANSWERING QUESTION 4.  THE COURT WILL TAKE INTO ACCOUNT YOUR FINDINGS, IF ANY, TO QUESTION 4 IN DETERMINING WHAT JUDGMENT TO ENTER.**

    (B)   If yes, what amount do you award Barry Brooks?

        $_____

7.   Do you find the plaintiffs entitled to prejudgment interest?

    Yes _____        No _____

    If so, at what percentage (not to exceed 12%)

        _____%

    **Dated:** _____        _____
                                                          **Foreperson**