UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

_____
                                        )
BARRY BROOKS,                           )
     Plaintiff                          )
                                        )        Civil Action
V.                                      )
                                        )        No. 05-11861-MLW
WOODS HOLE, MARTHA'S                    )
VINEYARD AND NANTUCKET                  )
STEAMSHIP AUTHORITY,                    )
     Defendant                          )
_____)

## PLAINTIFF BROOK'S PROPOSED VERDICT QUESTIONS

1.      Do you find that the Defendant, Woods Hole, Martha's Vineyard and Nantucket Steamship Authority was negligent and that its negligence   was a legal cause of Plaintiff, Barry Brooks's injuries?

Yes ___X___ No _____

2.      Do you find that the M/V ISLANDER was unseaworthy and that this unseaworthy condition was a legal cause of Plaintiff, Barry Brooks's injuries?

Yes __X___ No _____

3      A)      Do you find that the Defendant, Woods Hole, Martha's Vineyard and Nantucket Steamship Authority violated an applicable United States Coast Guard Regulation.

Yes _____ No _____

*If you responded "yes" to question #3a above, then answer the below question #3b*
*If you responded "no" skip question #3b and proceed to Question #4.*

3      B)     Has the Defendant established that its violation of Coast Guard regulation could not have been a cause of injury to Barry Brooks.

Yes _____  No _____

4.     A)     Do you find that the Plaintiff, Barry Brooks, was negligent and that his negligence was a legal cause of his injuries?

Yes _____  No _____

     B)     If your answer to question #4A above was "Yes", please state in percentage terms the comparative fault of the parties.

Negligence of Defendant, Woods Hole, Martha's Vineyard and Nantucket Steamship Authority and Unseaworthiness of M/V ISLANDER
                                     _____%

Negligence of Plaintiff, Barry Brooks         _____%

                        =          100%

5.     For each category listed below, please state in dollars the damages sustained by the Plaintiff, Barry Brooks as a result of the alleged incident.

     A)     Past lost wages                    $_____

     B)     Past medical costs                $_____

     C)     Past pain and suffering         $_____

     D)     Future lost earning capacity   $_____

     E)     Future medical costs           $_____

     F)     Future pain and suffering    $_____

6.    A)    Do you award Plaintiff, Barry Brooks, Pre-judgment interest on his past
            damages?

                        Yes _____  No _____


      B)    If your answer to question 6A above was "Yes", then  please state in percentage
            terms the annual rate (not to exceed 12%) of pre-judgment interest which you find
            to be fair and reasonable.


                        _____%


*If you have answered questions #1 - #6 above, then please have your foreperson sign this*
*Special Jury Verdict Form in the space below and notify the Court Officer that you have*
*reached a verdict.*

7.    A)    Is Barry Brooks entitled to maintenance and cure?

                        Yes _____  No _____

      B)    If your answer to question 6A above was "Yes", then  please state the amount in
dollars you award.

                        $_____




                        _____
                        Jury Foreperson
Date:




3