UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BARRY BROOKS,<br>    Plaintiff<br><br>V.<br><br>WOODS HOLE, MARTHA'S<br>VINEYARD AND NANTUCKET<br>STEAMSHIP AUTHORITY,<br>    Defendant | Civil Action<br><br>No. 05-11861-MLW |
| MARK LALIBERTE,<br>    Plaintiff<br><br>V.<br><br>WOODS HOLE, MARTHA'S<br>VINEYARD AND NANTUCKET<br>STEAMSHIP AUTHORITY,<br>    Defendant | Civil Action<br><br>No. 05-11224-MLW |

**PLAINTIFF'S VOIR DIRE QUESTIONS**

1. Have you had any education or training in any of the following: health care, insurance, law, medicine EMT or paramedic?

2. By reason of your religious teachings and beliefs, or for any other reason at all, do you have convictions which might prevent or unduly affect your rendering an impartial verdict on the issues to be decided; and, if the evidence so warrants, on the damages you award?

3. Have you heard anything or read anything that has influenced in any way your feelings

   about the Court System, law suits in general or the size of jury verdicts?

4. Do you have any feelings about the maximum amount you would be willing to award somebody for a personal injury?

5. How many of you believe that awards or damages to compensate injured people should be limited?

6. Do you believe that there are too many lawsuits, if yes, please explain?

7. Do you feel that lawsuits have an adverse impact on people, society or the economy in general?

8. Do you feel that lawsuits have a potential for negatively impacting you? Please explain.

9. How many of you believe that a person who is involved in an accident is a result of their own fault?

10. Have you, your spouse, any member of your family or close friend owned your own business? If your answer to this question is yes, has this business ever been sued?

11. Have you or your spouse ever suffered an injury in an accident that was totally or partially disabling for any significant period of time?

12. Does anyone have a family member or someone close to you suffer from a psychological condition, mental injury or post traumatic stress disorder?

13. Have you or anyone close to you ever cared for anyone who suffers from a psychological condition, mental injury or post traumatic stress disorder?

14. Have you, your spouse, any member of your family heard anything about the marine industry that would affect your ability to decide this case fairly?

15. Have you, your spouse, any member of your family been involved or have any affiliation

        with the marine industry?

16. Do any of you have feelings that would make you prejudiced or biased against someone for bringing a law suit, allowed under the law, against a company for personal injuries based on negligence and unseaworthiness of the vessel?

17. How many of you believe that a company should not be held responsible for injuries resulting from negligence or unseaworthiness of the vessel?

18. Is there anyone on the panel who feels that a person injured by someone else's conduct should not sue for damages as a result of those injuries?

19. Have you or any member of your family work for Woods Hole, Martha's Vineyard and Nantucket Steamship Authority?

20. Some of use feel that it is not proper and/or are reluctant to give money for compensation for pain and suffering, do you agree with that?

21. Does anyone have any resistance to awarding a sum of money for injuries you cannot hear, see or feel?

                                                    Respectfully submitted,

                                                    Barry Brooks and Mark Laliberte, Plaintiffs,
                                                    By his attorneys,

                                                    /s/ Carolyn M. Latti
                                                    David F. Anderson
                                                    BBO #560994
                                                    Carolyn M. Latti
                                                    BBO #567394
                                                    Latti & Anderson LLP
                                                    30-31 Union Wharf
                                                    Boston, MA 02109
                                                    (617) 523-1000

Dated: August 22, 2007

CERTIFICATE OF SERVICE

    I hereby certify that on this date, I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

    /s/ Carolyn M. Latti
    Carolyn M. Latti
    Latti & Anderson LLP
    30-31 Union Wharf
    Boston, MA 02109
    617-523-1000

Dated: 8/22/07