UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARRY BROOKS,<br>    Plaintiff<br><br>V.<br><br>WOODS HOLE, MARTHA'S<br>VINEYARD AND NANTUCKET<br>STEAMSHIP AUTHORITY,<br>    Defendant | Civil Action<br><br>No. 05-11861-MLW |
| MARK LALIBERTE,<br>    Plaintiff<br><br>V.<br><br>WOODS HOLE, MARTHA'S<br>VINEYARD AND NANTUCKET<br>STEAMSHIP AUTHORITY,<br>    Defendant | Civil Action<br><br>No. 05-11224-MLW |

**PLAINTIFFS' OBJECTIONS TO DEFENDANT'S WITNESSES AND EXHIBITS**

Now comes the Plaintiffs in the above-entitled action and by and through their attorneys submits Plaintiffs' Objections to Defendant's Witnesses and Exhibits. Plaintiffs state the following

**I.  WITNESSES**

Plaintiffs object to the following witnesses on the grounds that Defendant failed to identify the witnesses in their F.R.Civ.P. 26(a)1 disclosure as potential witnesses and failed to identify them as trial witnesses during the course of discovery.

1. Defendant Witness #22 Robert Young

2. Defendant Witness #23 Karla Wegehaupt

3. Defendant Witness #24 Michael Collyer

4. Defendant Witness #25 Cynthia Cowen

5. Defendant Witness #26 Robert Cowan

6. Defendant Witness #27 Ronald Bertrand

7. Defendant Witness #28 Ernest W. Panneton

**EXHIBITS**

The Plaintiffs object to the following exhibits on the following grounds:

| Exhibit | Grounds |
|---|---|
| A | 402, 403, 404, 405, 609, 802, 901, 902 |
| B | 402, 403, 802, 901, 902 |
| D | 402, 403, 901, 902, Collateral Source Rule |
| E | 402, 403, 901, 902 |
| F | 402 |
| G | 402, 403, 802 |
| H | 402, 403, 802, 901, 902 |
| I | 402, 403, 802, 901, 902, Defendant has not produced and Plaintiff has not seen proposed exhibit |
| J | 402, 403, 802, 901, 902, not disclosed and never seen by Plaintiff |
| K | 402, 403, 802, 901, 902, not disclosed in discovery, never seen by Plaintiff |
| L | 402, 403, 802, 901, 902, not disclosed in discovery, never seen by Plaintiff |

| | |
|---|---|
| M | 402, 403, 404, 405, 609 |
| N | 402, 403, 802, 901, 902 |
| O | 402, 802, 901, 902 |
| P | 402, 403, 901, 902 |
| Q | 402, 901, 902 |
| R | 402, collateral source rule |
| S | 402, 403, 901, 902, 802 |

                    Respectfully submitted,
                    Barry Brooks and Mark Laliberte,
                    Plaintiffs,
                    By their attorneys,

                    /s/ Carolyn M. Latti
                    David F. Anderson
                    BBO #560994
                    Carolyn M. Latti
                    BBO #567394
                    Latti & Anderson LLP
                    30-31 Union Wharf
                    Boston, MA 02109
                    (617) 523-1000

Dated: August 27, 2007

## CERTIFICATE OF SERVICE

     I hereby certify that on this date, I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

                    /s/ Carolyn M. Latti
                    Carolyn M. Latti
                    Latti & Anderson LLP
                    30-31 Union Wharf
                    Boston, MA 02109
                    617-523-1000

Dated: 8/27/07