UNITED STATES DISTRI0T COURT
DISTRICT OF MASSACHUSETTS


BARRY BROOKS,                          )
                    Plaintiff(s)       )
                                       )
v.                                     )    C.A. No.  05-11224-MLW
                                       )
WOOD'S HOLE, MARTHA'S VINEYARD )
and NANTUCKET STEAMSHIP AUTH.   )
                    Defendant(s)        )


<u>SETTLEMENT ORDER OF DISMISSAL</u>

WOLF, D.J.

    The Court having been advised, on AUGUST 31, 2007, by counsel for the defendant that the

above-captioned action settled:

    It is hereby ORDERED that this action is hereby DISMISSED without prejudice to

reconsideration and possible reopening if within 60 days of this Order a motion is filed which

represents that the terms of the settlement agreement have not been performed and there is good

cause for the non-performing party or parties to have failed to perform.

    If no such motion is filed within 60 days of this Order, the case may only be reopened upon

a meritorious motion pursuant to Fed. R. Civ. P. 60. <u>See</u> <u>Pratt v. Philbrock</u>, 109 F.3d 18 (1st Cir.

1997).

                                        By the Court:
                                        Sarah A. Thornton, Clerk


<u>August 31, 2007</u>                      <u>/s/Dennis O'Leary</u>
Date                                    Deputy Clerk