UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **BARRY BROOKS,** | **CIVIL ACTION** |
| **Plaintiff,** | **NO: 05-11861-RGS** |
| VS. | |
| **WOODS HOLE, MARTHA'S VINEYARD AND NANTUCKET STEAMSHIP AUTHORITY,** | |
| **Defendant.** | |

## STIPULATION OF DISMISSAL

Now come the parties, in the above-entitled action, by their attorneys, and hereby stipulate pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that the above-cited action be dismissed with prejudice and without interest, costs or attorneys fees.

Dated this 28th day of November, 2007.

Respectfully submitted,

| FOR THE PLAINTIFF | FOR THE DEFENDANT |
|---|---|
| "/s/Carolyn M. Latti" | "/s/Thomas J. Muzyka" |
| **Carolyn M. Latti** | **Thomas J. Muzyka** |
| **BBO NO. 567394** | **BBO NO. 365540** |
| LATTI & ANDERSON, LLP | CLINTON & MUZYKA, P.C. |
| 30-31 Union Wharf | One Washington Mall |
| Boston, MA 02109 | Suite 1400 |
| (617) 523-1000 | Boston, MA 02108 |
| | (617) 723-9165 |